# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2922
_____

JOSHUA D. DAY,

    Appellant,

    v.

DENNIS R. STEWART and MELVA
L. STEWART,

    Appellees.

_____

On appeal from the Circuit Court for Bay County.
James J. Goodman, Jr., Judge.


August 21, 2024

PER CURIAM.

The Court dismisses the appeal as untimely filed. *See* Fla. R. App. P. 9.110(b).

To the extent Appellant seeks belated appeal, the Court denies such relief for lack of jurisdiction. *See Perez v. Jones*, 174 So. 3d 1088 (Fla. 1st DCA 2015) (explaining that this Court does not have the authority to grant belated appeal in a civil proceeding).

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

—————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

—————————————————————


Joshua D. Day, pro se, Appellant.

No appearance for Appellees.